# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kujtim Sadik Beciraj, | Civ. No. 25-3819 (JWB/DLM) |
| Petitioner, | |
| v. | |
| Eristi Noem, *U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Sam Olson, *Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Tollefson, *Sheriff of Kandiyohi County*, | **ORDER FOR DISMISSAL** |
| Respondents. | |

The parties have filed a Stipulation (Doc. No. 6) to dismiss this matter and remand it for United States Immigration and Customs Enforcement ("ICE") to release Petitioner Kujtim Sadik Beciraj on an order of supervision with conditions.

Based on the Stipulation, **IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**, and this matter is remanded to ICE for the immediate release of Petitioner from immigration detention, within two days of this Order, pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. §241.5. Each party shall bear its own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 9, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge