# UNITED STATES DISTRICT COURT
## District of Minnesota

Kujtim Sadik Beciraj

Plaintiff(s),

v.

Kristi Noem, US Department of Homeland Security, Department of Homeland Security, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, Sam Olson, Director, St. Paul Field Office Immigration and Customs Enforcement, and Eric Tollefson, Sheriff of Kandiyohi County

Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-3819 JWB/DLM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**, and this matter is remanded to ICE for the immediate release of Petitioner from immigration detention, within two days of this Order, pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. §241.5. Each party shall bear its own costs, disbursements, and attorneys' fees.

Date: 10/10/2025

KATE M. FOGARTY, CLERK